STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar. No. 242340)
  MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
  JSutton@TheMMLawFirm.com
ERIC S. TRABUCCO (Bar No. 295473)
  ETrabucco@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Marío Martinez, (Bar No. 200721)
Edgar Aguilasocho (Bar No. 285567)
MARTÍNEZ, AGUILASOCHO, & LYNCH
P.O. Box 1998
Bakersfield, California 93303
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GOMEZ, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC., and BEDROSIAN FARMS LLC; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01489-MJS<br><br>**PLAINTIFF'S DISCOVERY DIPUTE STATEMENT REGARDING DEFENDANT J. JACOBO'S CLASS-WIDE DOCUMENT/DATA PRODUCTION**<br><br>Date:      February 23, 2018<br>Time:     3:00 p.m.<br><br>Judge:    Magistrate Judge Michael J. Seng |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 4, 2018, at 9:30 a.m. or as soon thereafter as the matter may be heard by the Honorable Michael J. Seng, U.S. Magistrate Judge of the U.S. District Court for the Eastern District of California, Courtroom 6, 7th Floor, 2500 Tulare Street, Fresno, CA, 93721, Plaintiff will and hereby does move this Court for an Order compelling Defendant J. Jacobo to provides further responses, including additional documents and electronic data, to Plaintiff's Request for Production of Documents, Sets One & Two, and further responses to Plaintiff's Interrogatories.

PLEASE TAKE FURTHER NOTICE that, pursuant to Eastern District Local Rule 251 (hereinafter "LR 251"), unless the dispute is resolved prior to the hearing, a "Joint Statement Re: Discovery Disagreement," in which "[a]ll parties who are concerned with the discovery motion shall assist in the preparation of, and shall sign" will be filed at least 7 days prior to the hearing. No other documents need to be filed in relation to this motion. LR 251(a) and (c).

This Motion is based on this Notice of Motion and Motion to Compel; the Joint Statement to be filed at least 7 days before the hearing date pursuant to LR 251 containing the Memorandum of Points and Authorities and supporting facts of the parties, and the pleadings and papers on file in this case and any further evidence and argument the Court may permit.

Respectfully submitted,

Dated: April 10, 2018         MALLISON & MARTINEZ

By:   /s/   *Joseph D. Sutton*
Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Joseph D. Sutton
Eric. S. Trabucco
Attorneys for Plaintiffs

1