STAN S. MALLISON (SBN 184191)
  stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
  hectorm@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California  94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| MARISOL GOMEZ and IGNACIO OSORIO on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC. and Does 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. 1:15-cv-01489-AWI-BAM<br><br>**PLAINTIFF'S REQUEST TO CONTINUE CLASS CERTIFICATION HEARING DATE AND RELATED DEADLINES** |

**PLAINTIFFS MARISOL GOMEZ and IGNACIO OSORIO HEREBY REQUEST** that the hearing date for Plaintiffs' motion for class certification currently set for December 22, 2018 be continued to February 18, 2019 or a later date that is acceptable to the Court. Plaintiffs also request that all related deadlines, include that deadline to file Plaintiff's motion for class certification be moved accordingly. Plaintiffs proposes that the deadline for Plaintiffs to file their motion for class certification be filed no later than December 12, 2018; Defendant file its opposition to class certification no later than January 17, 2019; and Plaintiffs file their reply no later than February 7, 2019. Plaintiffs this request based on Fed. R. Civ. P. 6 and Local Rule 144(c) and Plaintiff's counsel's affidavit in support of such a request.

Respectfully submitted,

Dated: September 27, 2018                    MALLISON & MARTINEZ

                                    By:   */s/ Hector R. Martinez*
                                          Stan S. Mallison
                                          Hector R. Martinez
                                          Attorneys for Plaintiffs