STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
NATALIA RAMIREZ LEE (Bar No. 322017)
  NRamirezLee@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTINEZ, (Bar No. 200721)
EDGAR I. AGUILASOCHO (Bar No. 285567)
MARTÍNEZ, AGUILASOCHO, & LYNCH
P.O. Box 1998
Bakersfield, California 93303
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiffs

Michael J.F. Smith, #109426
John L. Migliazzo, #272066
MICHAEL J.F. SMITH, A PROFESSIONAL CORPORATION
1391 West Shaw Avenue, Suite D
Fresno, California 93711
(559) 229-3900
Fax (559) 229-3903
Attorneys for Defendant,

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISOL GOMEZ and IGNACIO OSORIO, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC., and Does 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO. 1:15-cv-01489-AWI-BAM<br><br>**CLASS ACTION**<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE DEADLINE TO FILE CLASS NOTICE AND DISTRIBUTION PLAN**<br><br>Complaint Filed: September 30, 2015<br><br>*Before the Honorable Anthony W. Ishii* |

STIPULATION & ORDER TO CONTINUE DEADLINES IN ORDER RECONSIDERING ORIGINAL CLASS CERT ORDER
                                                                        *CASE NO. 1:15-cv-01489-AWI-BAM*

1   The Parties have been meeting and conferring about a proposed class notice and
2 distribution plan as per the Order Reconsidering Original Class Certification Order and Granting
3 Class Certification (Doc. 126).  The Parties have not yet reached an agreement regarding a joint
4 class notice and distribution plan however, the Parties feel optimistic that they will be able to do so
5 after Defendant J. Jacobo Farm Labor Contractor's Motion for Reconsideration is decided. (Docs.
6 129-130).  Defendant's motion is set for a hearing on June 8, 2020.  Accordingly, the Parties
7 respectfully request to filing a joint proposed class notice and distribution plan 21 days from the
8 date of the Order deciding Defendant's Motion for Reconsideration.

10  DATED:  May 29, 2020                           **MALLISON & MARTINEZ**

12                                                              By:   */s/ Natalia Ramirez Lee*
                                                                         Stan S. Mallison
13                                                                       Hector R. Martinez
                                                                         Natalia Ramirez
14                                                                       Attorneys for Plaintiffs

17  DATED:  May 28, 2020                           **MICHAEL JF SMITH APC**

19                                                              By:   */s/John L. Migliazzo*
                                                                         John L Migliazzo
20                                                                       Michael Smith
                                                                         Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED that the parties' stipulation, Doc. No. 133, is approved. The parties must file a joint class notice and distribution plan within twenty-one days from the date of the Court's order on Defendant J. Jacobo Farm Labor Contractor's Motion for Reconsideration. (<u>See</u> Doc. Nos. 129-130).

IT IS SO ORDERED.

Dated:  June 1, 2020                           /s/ _____
                                               SENIOR DISTRICT JUDGE