UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GOMEZ and IGNACIO OSORIO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC.,<br><br>　　　　Defendant. | CASE NO. 1:15-cv-01489-AWI-BAM<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. No. 142.) |

Plaintiffs Marisol Gomez and Ignacio Osorio ("Plaintiffs") commenced this action on September 30, 2015. (Doc. No. 1.) On August 12, 2020, this Court continued the Initial Scheduling Conference to December 8, 2020 to allow the parties to pursue settlement discussions (Doc. No. 141.) Currently before the Court is the parties' Joint Stipulation for Continuing Scheduling Conference.  (Doc. No. 142.)  According to the stipulation, the parties have a mediation scheduled for December 15, 2020. The parties request that the Scheduling Conference be continued for an additional forty-five (45) days to allow for participation in mediation and to pursue settlement negotiations. (*Id.*)

Pursuant to the stipulation of the parties, and good cause appearing, the Initial Scheduling Conference shall be continued to **January 19, 2021 at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** to allow the parties to participate in mediation and to pursue settlement negotiations.  The parties shall file a Joint Scheduling Report at least one (1) full week prior to the Scheduling Conference.  The parties shall appear at the Scheduling Conference

1

with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

| Dated: | **December 3, 2020** | /s/ *Barbara A. McAuliffe* |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |