STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
NATALIA RAMIREZ LEE (Bar. No. 322017)
  NRamirezLee@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTINEZ (Bar No. 200721)
EDGAR I. AGUILASOCHO (Bar No. 285567)
MARTÍNEZ, AGUILASOCHO, & LYNCH P.O. Box 1998
Bakersfield, California 93303
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiffs

Michael J.F. Smith, #109426
John L. Migliazzo, #272066
Michael J.F. Smith, A Professional Corporation
1391 West Shaw Avenue, Suite D
Fresno, California 93711
Telephone: (559) 229-3900
Fax: (559) 229-3903
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GOMEZ and IGNACIO OSORIO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC., and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01489-AWI-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLASS NOTICE AND DISTRIBUTION PLAN**<br><br>Complaint Filed: September 30, 2015 |

Plaintiffs MARISOL GOMEZ and IGNACIO OSORIO ("Plaintiffs"), by and through his counsel of record, Mallison & Martinez and Martinez, Aguilasocho & Lynch, and Defendant J. JACOBO FARM LABOR CONTRACTOR ("J. Jacobo" or "Defendant"), by and through their counsel of record, Michael J. F. Smith, A Professional Corporation, hereby stipulate to the following, and request that the Court adopt as an order:

WHEREAS, the Honorable Anthony W. Ishii issued an Order Denying Defendant's Motion for Reconsideration and Modifying the Rest Break Class Definition (Doc. 138) on July 20, 2020, requiring that the parties meet and confer regarding the submission of a stipulated class notice and distribution plan and file a stipulated class notice and distribution plan or a notice that no plan can be agreed to.

WHEREAS, the Parties have met and conferred and agreed upon a proposed Class Notice and agree that the notice will be translated into Spanish upon approval. A true and correct copy of the jointly proposed Class Notice is attached to this stipulation as Exhibit A.

NOW THEREFORE, the Parties STIPULATE as follows and respectfully request the Court adopt as an order:

1. The Court finds that the revised Class Notice attached as Exhibit A provides appropriate notice of the certified class claims in this matter.

2. The Court orders the Defendant to provide the Class List within 30 days of this Order.

3. Once the Class List is obtained, the Class Action Administrator can distribute the Class Notice within 20 days of the receipt of the Class List and finalized notice documents.

4. Each class member shall have 45 days to exclude himself or herself from the class action.

| | | |
|---|---|---|
| Dated: August 10, 2020 | | **MALLISON & MARTINEZ** |
| | By: | /s/ *Natalia Ramirez Lee* |
| | | Natalia Ramirez Lee |

| | | |
|---|---|---|
| Dated: August 10, 2020 | | **MICHAEL J.F. SMITH, A PROFESSIONAL CORP.** |
| | By: | */s/John L. Migliazzo* |
| | | John L. Migliazzo |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the parties' stipulation (Doc. No. 140) is approved as follows:

1. The Court finds that the Class Notice attached as Exhibit A (Doc. No. 140-1) provides appropriate notice of the certified class claims in this matter.
2. The Court orders Defendant to provide the Class List within 30 days of this Order.
3. Once the Class List is obtained, the Class Action Administrator can distribute the Class Notice within 20 days of the receipt of the Class List and finalized notice documents.
4. Each class member shall have 45 days to exclude himself or herself from the class action.

IT IS SO ORDERED.

Dated: December 8, 2020

_____
SENIOR DISTRICT JUDGE