STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
NATALIA RAMIREZ LEE (Bar No. 322017)
  NRamirezLee@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTINEZ, (Bar No. 200721)
EDGAR I. AGUILASOCHO (Bar No. 285567)
MARTÍNEZ, AGUILASOCHO, & LYNCH
P.O. Box 1998
Bakersfield, California 93303
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiffs

Michael J.F. Smith, #109426
John L. Migliazzo, #272066
MICHAEL J.F. SMITH, A PROFESSIONAL CORPORATION
1391 West Shaw Avenue, Suite D
Fresno, California 93711
(559) 229-3900
Fax (559) 229-3903
Attorneys for Defendant,

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISOL GOMEZ and IGNACIO OSORIO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC., and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 1:15-cv-01489-AWI-BAM<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DEADLINE TO FILE CLASS NOTICE AND DISTRIBUTION PLAN**<br><br>Complaint Filed: September 30, 2015<br><br>*Before the Honorable Anthony W. Ishii* |

1 | The Parties have been meeting and conferring about the class notice process. The parties have agreed that the jointly submitted class notice that was originally approved by this Court, contained errors as to the class periods for the AWPA subclass and Final Paycheck Subclass (Doc. 140-1). In particular, the class notice stated that the AWPA subclass and Final Paycheck subclass periods were from September 30, 2011 to November 5, 2019. Instead, the Parties agree that the AWPA subclass and Fina Paycheck subclass periods are from September 30, 2012 to November 5, 2019, as both of these subclasses are subject to a 3-year statute of limitations. Accordingly, the Parties stipulate to modifying the class notice in order to correct the AWPA and Final Paycheck subclass periods.

DATED:  January 21, 2020            **MALLISON & MARTINEZ**

By:   */s/ Natalia Ramirez Lee*
      Stan S. Mallison
      Hector R. Martinez
      Natalia Ramirez
      Attorneys for Plaintiffs

DATED:  January 21, 2020            **MICHAEL JF SMITH APC**

By:   /s/ John L. Migliazzo
      John L Migliazzo
      Michael Smith
      Attorneys for Defendant

3

STIPULATION & ORDER TO MODIFY SUBCLASS PERIODS

*CASE NO. 1:15-cv-01489-AWI-BAM*

**ORDER**

The parties' stipulation (Doc. No. 148) is APPROVED. The Court's second modification order (Doc. No. 138) is MODIFIED to the extent that the correct class period for Plaintiffs' derivative wages upon termination and AWPA claims is "from September 30, 2012, to November 5, 2019." The parties shall modify the originally approved class notice to reflect the correct class period for the Final Paycheck and AWPA Subclasses.

In addition, the parties are ordered to SHOW CAUSE in writing as to why the class period for Plaintiffs' rest period claim should not also be modified in light of *Murphy v. Kenneth Cole Productions, Inc.*, 40 Cal. 4th 1094, 1099 (2007). In *Murphy*, the California Supreme Court determined that the remedy for rest period violations under California Labor Code § 226.7 is subject to the three-year statute of limitations under California Code of Civil Procedure § 338(a). In other words, *Murphy* appears to require modification of the class definition for Plaintiffs' rest period claim and the Piece Rate Rest Period Subclass on the same basis that the parties are stipulating to modifications of class definitions for other class claims and subclasses.

If the parties are unable to file a joint statement on the matter within seven days of service of this order, then they shall simultaneously file independent briefing on the matter by that same date. In the latter situation, the parties shall also simultaneously file responses within seven days after initial briefs are filed and replies within five days after responses are filed.

IT IS SO ORDERED.

Dated:   January 26, 2021                                 _____
                                                                          SENIOR DISTRICT JUDGE