STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
NATALIA RAMIREZ LEE (Bar. No. 322017)
  NRamirezLee@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTINEZ (Bar No. 200721)
EDGAR I. AGUILASOCHO (Bar No. 285567)
MARTÍNEZ, AGUILASOCHO, & LYNCH P.O. Box 1998
Bakersfield, California 93303
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiffs

Michael J.F. Smith, #109426
John L. Migliazzo, #272066
MICHAEL J.F. SMITH, A PROFESSIONAL CORPORATION
1391 West Shaw Avenue, Suite D
Fresno, California 93711
Telephone: (559) 229-3900
Fax: (559) 229-3903
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISOL GOMEZ and IGNACIO OSORIO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC., and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01489-AWI-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLASS NOTICE AND DISTRIBUTION PLAN**<br><br>Complaint Filed: September 30, 2015 |

Plaintiffs MARISOL GOMEZ and IGNACIO OSORIO ("Plaintiffs"), by and through his counsel of record, Mallison & Martinez and Martinez, Aguilasocho & Lynch, and Defendant J. JACOBO FARM LABOR CONTRACTOR ("J. Jacobo" or "Defendant"), by and through their counsel of record, Michael J. F. Smith, A Professional Corporation, hereby stipulate to the following, and request that the Court adopt as an order:

WHEREAS, the Honorable Anthony W. Ishii issued an Order (Doc. 149) on February 8, 2021, requiring that the parties amend the class notice in a manner consistent with the order.

WHEREAS, the Parties have met and conferred and agreed upon a proposed Class Notice and have agreed on a Spanish translation. A true and correct copy of the jointly proposed English Class Notice is attached to this stipulation as Exhibit A. A true and correct copy of the jointly proposed Spanish Class Notice is attached to this stipulation as Exhibit B.

NOW THEREFORE, the Parties STIPULATE as follows and respectfully request the Court adopt as an order:

1. The Court finds that the revised Class Notice attached as Exhibits A and B provides appropriate notice of the certified class claims in this matter.

2. The Court orders the Defendant to provide the Class List within 10 days of this Order.

3. Once the Class List is obtained, the Class Action Administrator can distribute the Class Notice within 20 days of the receipt of the Class List and finalized notice documents.

4. Each class member shall have 45 days to exclude himself or herself from the class action.

Respectfully submitted,

//

//

//

//

1  Dated: April 7, 2021                                **MALLISON & MARTINEZ**

2

3                                                                  By:  */s/ Natalia Ramirez Lee*
                                                                            Natalia Ramirez Lee
4

5  Dated: April 7, 2021                    **MICHAEL J.F. SMITH, A PROFESSIONAL CORP.**

6

7                                                                  By:  */s/ John L. Migliazzo*
                                                                            John L. Migliazzo

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the parties' stipulation (Doc. No. 154) is approved as follows:

1. The amended class notice (Doc. Nos. 154-1, 154-2) complies with the Court's previous order directing amendment of the class notice (Doc. No. 151) and the requirements of Federal Rule of Civil Procedure 23(c)(2)(B), and is APPROVED.
2. Defendant shall provide the class list to the class action administrator within ten (10) days of service of this order.
3. The class action administrator shall distribute the amended class notice within twenty (20) days of its receipt of the class list and finalized class notice documents.
4. Each class member shall have forty-five (45) days to exclude himself or herself from the class action.

IT IS SO ORDERED.

Dated:  April 7, 2021

_____
SENIOR DISTRICT JUDGE