# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARISOL GOMEZ, on behalf of herself and others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**J. JACOBO FARM LABOR CONTRACTOR, INC., and Does 1 through 20, inclusive,**<br><br>Defendants | **CASE NO. 1:15-cv-01489-AWI-MJS**<br><br>**ORDER ON PARTIES' STIPULATION TO CONTINUE BRIEFING SCHEDULE**<br><br>(Doc. No. 169) |

Pursuant to the stipulation of the parties, and GOOD CAUSE APPEARING, IT IS ORDERED, ADJUDGED AND DECREED, as follows:

Plaintiffs' Deadline to file their Opposition to Defendant's Motion in Limine to Exclude Plaintiffs' Expert (Doc. No. 167) is continued to March 10, 2023.

Plaintiffs' Deadline to file their Opposition to Defendant's Motion to Decertify Class (Doc. No. 168) is continued to March 10, 2023.

Defendant's Deadline to file their Reply briefs is March 24, 2023.

The hearing date on Defendant's motion remains April 24, 2023 at 1:30 pm.

IT IS SO ORDERED.

Dated:   March 3, 2023                                  _____
                                                                              SENIOR DISTRICT JUDGE