# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GOMEZ and IGNACIO OSORIO, on behalf of themselves and all others similarly situated;<br><br>    Plaintiffs;<br><br>v.<br><br>J JACOBO FARM LABOR CONTRACTOR, INC.; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 1:15-cv-01489 JLT-BAM<br><br>**ORDER GRANTING DEFENDANT'S SUBSTITUTION OF ATTORNEY** |

In accordance with the substitution of attorney filed by Defendant, J. Jacobo Farm Labor Contractor, Inc., filed with this Court on July 5, 2023, the substitution of attorney is hereby approved and so ORDERED.

IT IS SO ORDERED.

Dated: **July 6, 2023**                          /s/ Barbara A. McAuliffe
                                                                      UNITED STATES MAGISTRATE JUDGE