1  STAN S. MALLISON (Bar No. 184191)
      StanM@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
      HectorM@TheMMLawFirm.com
3  CAROLINE L. HILL (Bar No. 349176)
      CHill@TheMMLawFirm.com
4  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
5  Oakland, California 94612-3547
   Telephone: (510) 832-9999
6  Facsimile: (510) 832-1101

7  MARIO MARTINEZ, (Bar No. 200721)
   EDGAR I. AGUILASOCHO (Bar No. 285567)
8  MARTÍNEZ, AGUILASOCHO, & LYNCH
   P.O. Box 1998
9  Bakersfield, California 93303
   Telephone: (661) 859-1174
10 Facsimile: (661) 840-6154

11
   Attorneys for Plaintiffs
12
   John L. Migliazzo, (Bar No. 272066)
13 MIGLIAZZO LAW, PC
   5088 N. Fruit Ave., Ste. 102
14 Fresno, California 93711
   Telephone: (559) 319-5080
15 Fax (559) 319-5079

16 Attorneys for Defendant,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GOMEZ and IGNACIO OSORIO, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC., and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 1:15-cv-01489-JLT-BAM<br><br>**CLASS ACTION**<br><br>**STIPULATION TO AMEND THE SETTLEMENT AGREEMENT TO REMOVE SOLE MENTION OF FLSA**<br><br>Complaint Filed: September 30, 2015<br><br>*Before the Honorable Jennifer L. Thurston* |

1  Plaintiff Marisol Gomez and Defendant J. Jacobo Farm Labor Contractor (collectively, "the Parties") through their respective attorneys of record hereby stipulate and agree as follows in response to this Court's Order dated April 18, 2024 (ECF 192):

WHEREAS, the Parties included one sentence regarding the release of claims under the Federal Labor Standards Act ("FLSA") in the Settlement Agreement ("Settlement") attached as Exhibit 1 to Plaintiff's Motion for Preliminary Approval (ECF 190).

WHEREAS, this Court ordered the Parties to file supplemental briefing regarding the release of claims arising under the FLSA, or in the alternative to file a stipulation to amend the settlement and strike the sole mention of FLSA from the proposed Settlement (ECF 192).

WHEREAS, the Parties met and conferred to amend the settlement agreement to strike the sole mention of the FLSA from the proposed Settlement.

WHEREAS, Plaintiffs have not brought a claim under the FLSA in this action and reference to the FLSA in the release is incorrect;

IT IS HEREBY STIPULATED, by and through their attorneys of record, to remove the sole mention of FLSA from the proposed Settlement and further stipulate that the removal of the reference to the FLSA does not amount to a material modification of the Settlement.

**IT IS SO STIPULATED.**

DATED: May 9, 2024                                              **MALLISON & MARTINEZ**

                                                                By:   /s/ Caroline Hill
                                                                      Stan S. Mallison
                                                                      Hector R. Martinez
                                                                      Caroline L. Hill
                                                                      Attorneys for Plaintiff

---

STIPULATION TO AMEND SETTLEMENT AGREEMENT                                1

CASE NO. 09-CV-00707-JLT-BAM

|   |   |   |
|---|---|---|
| | | **MARTÍNEZ, AGUILASOCHO, & LYNCH** |
| | By: | /s/ Mario Martinez |
| | | Mario Martinez |
| | | Edgar I. Aguilasocho |
| | | Attorneys for Plaintiff |
| DATED: May 9, 2024 | | **MIGLIAZZO LAW, PC** |
| | By: | /s/ John Migliazzo |
| | | John L Migliazzo |
| | | Attorney for Defendant |

**[PROPOSED] ORDER**

Pursuant to the PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE:

IT IS HEREBY ORDERED that:

1. The Settlement Agreement executed between the Parties is amended to remove the reference to the FLSA.

2. Removing the sole mention of the FLSA does not materially modify the Settlement Agreement.

3. The release shall now read as follows:

Plaintiff and every member of the Settlement Class (except those who opt out, as described herein) will fully release and discharge Defendant, its past, current, and future officers (including Javier Jacobo), directors, shareholders, employees, agents, principals, heirs, representatives, and its respective successors, predecessors in interest, parents subsidiaries, affiliates, and attorneys (collectively the "Released Parties") from all claims, debts, liabilities, demands, obligations, penalties, guarantees, costs, expenses, damages, attorney's fees and costs, based on the certified claims during the Class Period, which are plead in the FAC or which could have been plead on the factual allegations in the FAC, including alleged violations of California Labor Code sections 201, 202, 203, 204, 205.5, 206, 210, 214, 216, 218, 218.5, 218.6, 221, 225.5, 226, 226.2, 226.3, 226.6, 226.7, 256, 510, 512, 558, 558.1, 1174, 1174.5, 1185, 1194, 1194.2, 1197, 1197.1, 1199, the applicable wage order, or under the Migrant and Seasonal Agricultural Worker Protections Act (29 U.S.C. § 1801, et seq.) (collectively, the "Released Claims"). Released claims also includes a) claims that could have been brought under ~~the Fair Labor Standards Act or~~ similar federal or state governmental agencies regulating wage and hour or labor and employment laws. For members of the Settlement Class who do not validly opt out, the release period shall run from September 30, 2011, through November 5, 2019 ("Class Period"). The release applies regardless of whether the Class Member deposits his/her settlement check.

**IT IS SO ORDERED**

DATED: _____

_Honorable Jennifer L. Thurston_