STAN S. MALLISON (Bar No. 184191)
Stanm@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
Hectorm@TheMMLawFirm.com
CAROLINE L. HILL (Bar. No. 349176)
CHill@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTINEZ (Bar No. 200721)
EDGAR I. AGUILASOCHO (Bar No. 285567)
MARTINEZ, AGUILASOCHO, & LYNCH
P.O. Box 1998
Bakersfield, California 93303
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISOL GOMEZ and IGNACIO OSORIO, on behalf of themselves and others similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC, and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.: 1:15-cv-01489-JLT-BAM<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL BRIEFING AS ORDERED BY THIS COURT ON MAY 8, 2024**<br><br>*Before the Honorable Jennifer L. Thurston*<br><br>Complaint Filed: September 30, 2015 |

## I. Introduction.

Plaintiffs' Counsel submits this Supplemental Briefing in response to this Court's May 8, 2024 Order (ECF 194).

## II. Notice of Suggestion of Death to Legal Successor in Interest.

On April 25, 2024, Plaintiffs' Counsel filed a Notice of Suggestion of Death at the request of the Court and pursuant to Federal Rules of Civil Procedure 25(a)(1) regarding the death of Plaintiff Ignacio Osorio ("Mr. Osorio-Cruz). (ECF 193). *See* Declaration of Caroline L. Hill ("Hill Decl."), at ¶ 2. Plaintiffs' Counsel served the widow and life partner of Mr. Osorio, Maria Cortez Ruiz (Mss. Cortez Ruiz), with the Notice of Suggestion of Death. (ECF 193). Hill Decl., at ¶ 2. On May 8, 2024, this Court requested supplemental briefing regarding Mr. Osorio-Cruz, addressing whether he had any children and whether Ms. Cortez-Ruiz qualifies as his legal successor-in-interest or representative party. (ECF 194).

On May 9, 2024, Counsel for Plaintiffs spoke over the telephone to Ms. Cortez Ruiz and her son, Jose Osorio. Hill Decl., at ¶ 2. Mr. Jose Osorio and Ms. Cortez Ruiz relayed the following: Mr. Jose Osorio is one of three children of Mr. Ignacio Osorio and Ms. Cortez Ruiz. Hill Decl., at ¶ 5. The other two children are minors. Hill Decl., at ¶ 5. All reside at 302 Vineyard Avenue, Apt. 102 in Madera, CA 93638. Mr. Jose Osorio and Ms. Cortez Ruiz represented that Ms. Cortez Ruiz is not the legal spouse of Mr. Ignacio Osorio. Hill Decl., at ¶ 3. Mr. Jose Osorio and Ms. Cortez Ruiz represented that Mr. Ignacio Osorio does not have a will. Hill Decl., at ¶ 7.

Plaintiffs' Counsel served a copy of the Notice of Suggestion of Death to Ms. Cortez Ruiz at 302 Vineyard Avenue, Apt. 102 in Madera, CA 93638. (ECF 193). Plaintiff's Counsel informed Mr. Jose Osorio they will serve a copy of the Notice of Suggestion of Death to Mr. Jose Osorio at 302 Vineyard Avenue, Apt. 102 in Madera, CA 93638, as Mr. Jose Osorio may qualify as the legal successor-in-interest. Hill Decl., at ¶ 8.

On May 14th, 2024 Plaintiffs' Counsel filed and served an Amended Notice of Suggestion of Death to Mr. Jose Osorio. Hill Decl., at ¶ 9, **Exhibit 1.**

//

//

-1-

-2-

1  Respectfully submitted,

2  Date: May 15, 2024

4  By: _____
5  Stan S. Mallison
   Hector R. Martinez
6  Caroline L. Hill
   Counsel for Plaintiff