STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
CAROLINE L. HILL (Bar No. 349176)
  CHill@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

MARIO MARTINEZ, (Bar No. 200721)
EDGAR I. AGUILASOCHO (Bar No. 285567)
MARTÍNEZ, AGUILASOCHO, & LYNCH
P.O. Box 1998
Bakersfield, California 93303
Telephone: (661) 859-1174
Facsimile: (661) 840-6154

Attorneys for Plaintiffs

John L. Migliazzo, (Bar No. 272066)
MIGLIAZZO LAW, PC
5088 N. Fruit Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 319-5080
Fax (559) 319-5079

Attorneys for Defendant,

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISOL GOMEZ, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC., and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 1:15-cv-01489-JLT-BAM<br><br>**CLASS ACTION**<br><br>**STIPULATION TO REMOVE MINIMUM PAYMENT LANGUAGE FROM SETTLEMENT AGREEMENT**<br><br>Complaint Filed: September 30, 2015<br><br>*Before the Honorable Jennifer L. Thurston* |

Plaintiff Marisol Gomez and Defendant J. Jacobo Farm Labor Contractor (collectively, "the Parties") through their respective attorneys of record hereby stipulate and agree as follows in response to this Court's Order dated September 9, 2024 (ECF 192):

WHEREAS, the Parties reviewed the Court's Order requesting Supplemental Briefing on several issues, including "whether the proposed settlement is fair and adequate for class members who will not receive any payment yet must release their claims against Defendant under the terms of the Settlement" (ECF 199);

WHEREAS, the Parties met and conferred over the phone and over email regarding the minimum payment provided in Section III.E.3 of the Settlement Agreement;

WHEREAS, the Parties agreed to remove Section III.E.3 of the Settlement Agreement;

WHEREAS, the Parties agreed that the removal of Section III.E.3 of the Settlement Agreement was not a material modification of the terms of the Settlement Agreement;

IT IS HEREBY STIPULATED, by and through their attorneys of record, to remove Section III.E.3 from the proposed Settlement and further stipulate that the removal of Section III.E.3 does not amount to a material modification of the Settlement.

**IT IS SO STIPULATED.**

DATED: September 13, 2024                              **MALLISON & MARTINEZ**

                                                By: /s/ Caroline Hill
                                                    Stan S. Mallison
                                                    Hector R. Martinez
                                                    Caroline L. Hill
                                                    Attorneys for Plaintiff

|   |   |
|---|---|
|   | **MARTÍNEZ, AGUILASOCHO, & LYNCH** |
|   | By:  /s/ Mario Martinez |
|   | Mario Martinez |
|   | Edgar I. Aguilasocho |
|   | Attorneys for Plaintiff |
| DATED: September 13, 2024 | **MIGLIAZZO LAW, PC** |
|   | By:  /s/ John Migliazzo |
|   | John L Migliazzo |
|   | Attorney for Defendant |

**[PROPOSED] ORDER**

Pursuant to the PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE:

    IT IS HEREBY ORDERED that:

1. The Settlement Agreement executed between the Parties is amended to remove Section III.E.3.

2. Removing Section III.E.3 does not materially modify the Settlement Agreement.

    **IT IS SO ORDERED**

DATED: _____

                                              *Honorable Jennifer L. Thurston*