UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GOMEZ, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC.,<br><br>            Defendant. | Case No.: 1:15-cv-1489 JLT BAM<br><br>ORDER GRANTING APPROVAL OF THE REVISED CLASS NOTICE<br><br>(Doc. 207) |

On September 27, 2024, Plaintiffs submitted a revised class notice. (Doc. 207.) Review of the notice indicates it includes the revisions indicated by the Court. (*See* Doc 206 at 35.) The notice contains information required by Rule 23 of the Federal Rules of Civil Procedure, including: the nature of the action, the settlement class preliminarily certified, the claims to be resolved, representation by counsel, how a class member may object to the settlement and request exclusion, deadlines for responses, and the effect of judgment. Therefore, the revised class notice (Doc. 207) is **APPROVED**.

IT IS SO ORDERED.

   Dated: **September 29, 2024**

UNITED STATES DISTRICT JUDGE

1