# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GOMEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC.,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-1489 JLT BAM<br><br>ORDER APPROVING IN PART THE PARTIES STIPULATION TO EXTEND CLASS NOTICE DEADLINES<br><br>ORDER CONTINUING THE FINAL APPROVAL AND FAIRNESS HEARING<br><br>(Doc. 209) |

The parties report that due to formatting issues, the Settlement Administrator did not receive the Class Data in format it could use until October 23, 2024. (Doc. 209 at 2.) The parties request the Court extend the Class Notice Deadline and relevant deadlines "[d]ue to the unusual circumstances and challenges related to the data." (*Id.*) The Court finds good cause for extending the deadlines previously ordered. However, further modification of the deadlines is required because the proposed amended deadline for mailing the Class Notice falls on a federal holiday when the Post Office will be closed. Thus, the stipulation is **APPROVED IN PART** as follows:

1. The Settlement Administrator **SHALL** mail the Class Notice Packet no later than **November 12, 2024**.
2. A class member who wishes to be excluded from settlement shall postmark the "Election Not to Participate in the Settlement" no later than **December 27, 2024**.

1

3. Any objections to or comments on the Settlement Agreement must be mailed to the Settlement Administrator no later than **December 27, 2024**.

4. The Final Approval and Fairness Hearing is **CONTINUED** to **February 24, 2025** at 1:30 p.m.

5. The petition for attorneys' fees and for class representative enhancement payment **SHALL** be filed no later than **January 22, 2025**.

6. The Court reserves the right to vacate the Final Approval and Fairness Hearing if no comments or objections are filed with this Court on or before **January 22, 2025**.

7. The parties **SHALL** amend the Class Notice Packet to reflect the amended deadlines.

IT IS SO ORDERED.

Dated: **October 28, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE