# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GOMEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. JACOBO FARM LABOR CONTRACTOR, INC.,<br><br>　　　　　　Defendant. | Case No.: 1:15-cv-1489 JLT BAM<br><br>ORDER DIRECTING THE PARTIES TO FILE SUPPLEMENTAL BRIEFING REGARDING THE REQUESTS FOR EXCLUSION |

Taylord Mitzner, a case manager for the Settlement Administrator provided information regarding the response received to the Class Notice Packet. (Doc. 211-14.) Ms. Mitzner reports the Settlement Administrator received an "Election Not to Participate" from seven individuals, six of which were postmarked before the deadline. (*Id.* at 3, ¶ 10.) One of the completed forms was postmarked after the deadline. (*Id.*) Ms. Mitzner indicates that "Phoenix will not consider the one (1) Election Not to Participate that was postmarked after the deadline as valid except as mutually agreed upon by the Parties or as required by the Court." (*Id.*) Upon review of the information provided by Plaintiff, it is unclear whether the parties informed the Settlement Administrator to deem the untimely request for exclusion as valid, or not. In addition, the Court lacks information regarding the identities of the six individuals who request exclusion from the Settlement Class, to be ordered excluded in the Court's order addressing the motion for final approval.

1

Based upon the foregoing, the Court **ORDERS** that **within seven days**, the parties **SHALL** file a joint stipulation that:

1. Identifies the six individuals who timely requested exclusion from the Settlement Class.
2. Clarifies whether the untimely request shall be deemed valid by the Settlement Administrator and, if so, the identity of the seventh individual to be excluded from the Settlement Class.

IT IS SO ORDERED.

Dated:   **August 26, 2025**

UNITED STATES DISTRICT JUDGE

2